UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Laura Andres,

    Plaintiff(s),

vs                                              Case No: 17-12023
                                               Honorable Victoria A. Roberts

Lafontaine Nissan, Inc.,

    Defendant(s),

_____/

## ORDER OF DISMISSAL

The parties advised the Court that they amicably resolved their differences. Accordingly,

This matter is dismissed with prejudice. The Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

**IT IS ORDERED.**

                                               /s/ Victoria A. Roberts
                                               Victoria A. Roberts
                                               United States District Judge

Dated: October 26, 2017

------------------------------------------------------------------------------

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing or first class mail.

                                               /s/ Linda Vertriest
                                               Deputy Clerk